UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LEILANI JASINSKI DEMINT, et al.,

        Plaintiffs,

        vs.

NATIONSBANK CORPORATION, et al.,

        Defendants.

_____ /

Consolidated
Civil Action Nos.:
94-995-CIV-T-23E
94-2094-CIV-T-23B

| STATE OF NEW YORK | ) | |
|---|---|---|
| | ) | ss.: |
| COUNTY OF NEW YORK | ) | |

**AFFIDAVIT OF STEPHEN T. RODD
IN FURTHER SUPPORT OF PROPOSED ORDER APPROVING
DISTRIBUTION OF SETTLEMENT FUNDS AND OTHER RELIEF**

STEPHEN T. RODD, being duly sworn, deposes and says:

1.    I am a member of the firm of Abbey, Gardy & Squitieri, LLP, one of the Co-Lead Counsel for the Class in this Action. I submit this affidavit in support of Plaintiffs' Motion For An Order Authorizing Distribution of Class Settlement Funds and Other Relief.

2.    Pursuant to an Order of this court by the Honorable Steven D. Merryday, dated October 1, 1997, this Action was conditionally certified to proceed as a class action pursuant to Rule 23 for the settlement purposes described herein. The Class

263

was defined as consisting of all persons, who, during August 25, 1991 to June 12, 1996, purchased a Non-depository Investment security by or through NationsBanc Investments, Inc., f/k/a NationsBanc Discount Brokerage, Inc., f/k/a NationsBanc Securities, Inc., NationsBanc Securities of Georgia, Inc. (as and when affiliated with NationsBank Corporation) or NationsSecurities or by any successor of them.  All such persons are hereinafter referred to as the "Class Members" or the "Class").  The class excludes the described entities and current officers, directors and managerial employees of the defendants.

3.      On or about September 7, 2000, I caused to be mailed to the 23 claimants who had contested the rejection of their claims, copies of the Motion For An Order Authorizing Distribution of Class Settlement Funds and Other relief , the Affidavit of Stephen T. Rodd in Support of Motion For An Order Authorizing Distribution Of Class Settlement Funds and Other Relief, including the Notice telling contesting claimants that they had until October 6, 2000 to submit additional information in support of their claim, along with a copy of the claimants original Proof of Claim and the worksheets of the claims administrator showing the calculations that were the basis for the rejection.

4.      As of October 6, 2000, I had received three formal submissions in opposition to the rejections, by claimants Margot Elisius, Peggy Brockette and Joan Hawes.  Copies of these submissions are annexed hereto as Exhibits A, C and E, respectively.   Copies of the worksheets prepared by the claims administrator in determining the principal losses and recognized losses on these claims are annexed hereto as Exhibits B, D and F, respectively.

5.     After review of these two submissions, including consultation with the claims administrator where necessary, we make the following responses and recommendations for disposition of these claims.

6.     Margot Elisius (Exhibits A and B):  The claimant cites a substantial decline in the value of  9,288 shares of the American Capital High Yield Fund, Class B (later known as the Van Kampen High Yield Fund), at the time claimant sold the shares on July 10, 2000.  Under the terms of the Settlement, recognized principal loss was based on the purchase price less the market value of the fund on October 21, 1996, not the actual sale price if the fund was sold at a later date.   The market value of these fund shares, according to the information obtained by the claims administrator from consultants Lexecon, Inc., was $55,700, at October 21, 1996, resulting in a principal loss to claimant Elisius of $4,300.   However, when distributions from the fund to claimant and  implied interest are taken into account, under the terms of the settlement fund recognized loss formula, claimant Elisius has no recognized loss, and in fact had a gain of $6,803.  We therefore submit that the rejection of this claim was correct and recommend that the rejection be approved.

7.     Peggy Brockette (Exhibits C and D):  This claimant also submits that she suffered a recognizable loss on the purchase of 32,679 shares of Lord Abbott US Government Securities Fund. Claimant does not dispute the method of calculation but has submitted information from a broker which differs from the information provided to the claims administrator by market consultant Lexecon, Inc. concerning the October 21, 1996 value of her fund.   Lexecon's source shows a value of $3.00 per share on that date,

whereas claimants' broker provided quotes of $2.58 "bid" and $2.71 "asked". Claimant

has used the "bid" value of $2.58 in determining that she has a recognized loss. However,

even assuming the bid/asked prices are valid, in the absence of a precise historical trading

price, the standard method of valuation would average the "bid" and "asked" prices to

arrive at a value for the security that approximated its fair market value, which in this

case would be $2.645 per share. Nonetheless, even using the lower $2.58 per share bid

price provided by claimant Brockette results in no recognized loss, as shown in the

following calculations:

| | |
|---|---:|
| Bought 32, 680 shares of LAGVX 12/01/92 | $100,000 |
| Value of 32,680 shares @ $2.58 at 10/21/96 | 84,314 |
| | |
| Principal loss | $ 15,686 |
| | |
| Adjustment for distributions and implied interest: | |
| | |
| Distributions and implied interest | $34,483 |
| Less accrued interest on purchase price | 17,274 |
| | |
| Net Distribution and interest | $17,209 |

Because the net distributions and interest exceed the principal loss, the claimant has no

recognized loss, after including dividend distributions and implied interest of $34,483.08.

Claimant disagrees with the latter amount, stating that she received only $31,032.72 in

dividends. This figure, however, does not include accrued interest on the distributions as

called for in the Settlement formula for recognized loss. Further, if the value of the

LAGVX holding is computed on the basis of the average between the bid and asked

prices, as is standard industry practice, the claimant has a principal loss of only $13,561.

We would therefore submit that the rejection of the claim was correct and recommend that the rejection be approved.

        8.    Joan Hawes (Exhibits E and F):  This claimant does not contest the finding that she suffered no loss of principal on her Nations Equity Income fund transactions.  In fact, most of her 1,670 shares were sold at a principal profit of $1,370.  Claimant asserts that she should receive compensation for a $750 sales charge she paid at the time of purchase.  The recognized settlement loss formula does not take into account this sales charge, and, even if the charge were added to the purchase price, this claimant would not have a principal loss and thus no recognized loss. We therefore submit that the rejection of this claim was correct and the rejection should be approved.

        9.    To my knowledge no other contesting or rejected claimant has submitted further information or evidence to contest the rejection of his or her claim, and therefore the other determinations made concerning acceptance and rejection of claims should also be approved.

        WHEREFORE, it is respectfully requested that plaintiffs' Motion For An Order Authorizing Distribution of Class Settlement Funds And Other Relief be granted

and the proposed Order Authorizing Distribution Of Class Settlement Funds And Other

Relief be entered permitting, <u>inter alia</u>, the settlement funds to be distributed.

_____

Stephen T. Rodd

Sworn to before me this
8th day of November, 2000

_____

Notary Public

MARY GRIFFITH
Notary Public, State of New York
No. 01GR6035824
Qualified in New York County
Commission Expires 01/03/2002

**EXHIBIT A - ELISIUS**

**Judge Steven D. Merryday**
Clerk of the United States District Court
Middle District of Florida
Tampa Division
801 North Florida Ave.
Tampa, Fl. 33602


Sept.5,2000


**This is regarding theDemint v. NationsBank,94-995-CIV-T-23E Case:**

**Claim No:520074**


I invested $60,000.00 (9287.926 Shares) with American Capital
High Yield, Class B on 3/26/1993.
The Fund went later under the name: VAN KAMPEN.

After 6 years, the 9288 Shares were automatically converted for
9303 Shares to Class A.

Since this investment was draining my principle, it was sold on
7/10/2000 at a Loss of $10,598.36.



$60,000.00 Investment   3/26/1993

$49,401.64 redeemed   7/10/2000      (Recognized Loss)
                                        $10,598.36


Kindly review my case.

Sincerely,

Margot Elisius
1430 Palmer Lane
Palm Harbor, Fl.34685

7/10/2000

# VAN KAMPEN
**F U N D S**

P.O. Box 218256   Kansas City, MO 64121-8256

HIGH INCOME CORPORATE BOND FUND - A

| FUND NO. | ACCOUNT NO. | CHK DGT |
|----------|-------------|---------|
| 28 | 6900015295 | 7 |

TAX ID. OR SOC. SEC. NO.  ON FILE
REP. W60-458
RICHARD WIST
BANC OF AMERICA INVSMT SVCS INC
600 CLEVELAND ST FL 3
CLEARWATER FL  33755-4151

MARGOT E ELISIUS
1430 PALMER LANE
PALM HARBOR FL  34685-1818

FUND TAX ID NO.  74-1993121

| CONFIRM DATE | TRADE DATE | TRANSACTION | | DOLLAR AMOUNT OF TRANSACTION | SHARE PRICE | SHARES THIS TRANSACTION | TOTAL SHARES OWNED |
|---|---|---|---|---|---|---|---|
| | | BEGINNING BALANCE | | | | | 9,303.510 |
| 1/31 | 1/31 | INCOME DIV | CASH | 476.41 | | | 9,303.510 |
| 2/29 | 2/29 | INCOME DIV | CASH | 451.24 | | | 9,303.510 |
| 3/31 | 3/31 | INCOME DIV | CASH | 451.32 | | | 9,303.510 |
| 4/28 | 4/28 | INCOME DIV | CASH | 451.20 | | | 9,303.510 |
| 5/31 | 5/31 | INCOME DIV | CASH | 451.31 | | | 9,303.510 |
| 6/30 | 6/30 | INCOME DIV | CASH | 451.20 | | | 9,303.510 |
| 7/10 | 7/10 | SHARES REDEEMED | | 49,401.64 | 5.31 | 9,303.510 | .000 |
| 7/10 | 7/10 | INCOME DIV | CASH | 145.57 | | | .000 |

## ACCOUNT SUMMARY

24 HOURS A DAY
ACCOUNT INFORMATION
**800-847-2424**
GENERAL INFORMATION
7AM - 7PM CT, MON-FRI
**800-341-2911**
TELEPHONE DEVICE
FOR THE DEAF
**800-421-2833**

| YOUR DISTRIBUTION OPTION IS: | | TOTAL DIVIDENDS AND OTHER DISTRIBUTIONS | 2,878.25 | SHARES YOU NOW OWN | |
|---|---|---|---|---|---|
| INCOME DIVIDENDS | CAPITAL GAINS | | | IN CERTIFICATE FORM | |
| CASH | REINVEST | LONG TERM CAPITAL GAINS DISTRIBUTION | | NON CERTIFICATE FORM | |
| | | | | TOTAL SHARES OWNED | |

**EXHIBIT B  -  ELISIUS**

MC55R
MC55R270

**MC55R**
**DEMINT V. NATIONSBANK**

Page   1   of   1
02-May-00   2:05 PM

| Claim # | Section | Security | Trade | Qty | Price | Net | Adjusted Net | Calculated Net | Holding Value / Quantity | Gain(Loss) / | cdt idno |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 630074 | | | | | | | | | | | |
| | P | ACHZX | 03/24/93 | 9,288.0000 | 6.4599 | 60,000.00 | 60,000.00 | 60,342.72 | | -4,272.00 P-U | 164092 |
| | AU | ACHZX | 10/21/96 | 9,288.0000 | 6.0000 | 55,728.00 | 55,728.00 | 78,145.78 | 9288 | 6,803.07 P-S | 0 |

Purchase Interest: 9,342.718750
Sale Interest: 0.000000
Total Distributions + Interest: 20,417.784394

Unadjusted Recognized Loss: -4,272.00
Principle Loss: 6,803.07

**EXHIBIT C  -  BROCKETTE**

September 27, 2000

CLERK OF THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
SAM M GIBBONS COURTHOUSE
801 NORTH FLORIDA AVENUE
TAMPA, FLORIDA  33602

Re: DEMINT V. NATIONSBANK
CLAIM NO 513371
HAZEL BRATCHER, DECD AND
PEGGY BROCKETTE
3105 ASH LANE
TEMPLE, TX  76502-0056

GENTLEMEN:

I HAVE RECEIVED A LETTER OF REJECTION CONCERNING MY NATIONSBANK LITIGATION
CLAIM.  THE INFORMATION CONTAINED IN THE CALCULATION IS INCORRECT.

BASED ON  INFORMATION PROVIDED BY MERRILL LYNCH HISTORICAL PRICING
INFORMATION, THE VALUE OF LAGVX: US GVT CL A ON OCTOBER 21, 1996 WAS 2.58 FOR A
VALUE OF $84,313.72.  INFORMATION PROVIDED BY LORD ABBETT FOR 1996 STATES THE
VALUE OF THE SECURITIES TO BE $84,313.73.  INCOME DIVIDENDS RECEIVED FROM LORD
ABBETT FOR THE PERIOD 12-31-92 TO 10-15-96 WAS $31,032.72. DIVIDENDS PLUS THE
ACTUAL VALUE OF $84,313.72 CALCULATE TO BE $115,346.44.  THE CALCULATED NET
VALUE OF PRINCIPAL AND INTEREST AMOUNTS TO $117,273.91 AND INDICATES A NET
LOSS OF $1,927.47.

WHEN THE SECURITIES WERE PURCHASED FROM NATIONSBANK, MY MOTHER, HAZEL
BRATCHER, WAS ASSURED THAT THERE WAS NO POSSIBILITY OF A LOSS OF  PRINCIPAL
VALUE AND THAT THIS WAS MUCH BETTER THAN A CERTIFICATE OF DEPOSIT.

THANK YOU IN ADVANCE FOR YOUR CONSIDERATION.

SINCERELY,

PEGGY BROCKETTE

cc: STEPHEN T RODD, ABBEY, GRADY & SQUITIERI, LLP
    CO-LEAD COUNSEL FOR THE CLASS
    212 EAST 39TH STREET
    NEW YORK, NY  10016

# *MERRILL LYNCH HISTORICAL PRICING INFORMATION*

## *TT INVT TR - LAGVX : US GVT CL A (DAILY)     Cusip=54391630*

| Date | Bid Price | Ask P |
|------|-----------|-------|
| 10/8/96 | 2.58 | 2.71 |
| 10/9/96 | 2.58 | 2.71 |
| 10/10/96 | 2.57 | 2.70 |
| 10/11/96 | 2.57 | 2.70 |
| 10/14/96 | 2.57 | 2.70 |
| 10/15/96 | 2.57 | 2.70 |
| 10/16/96 | 2.57 | 2.70 |
| 10/17/96 | 2.58 | 2.71 |
| 10/18/96 | 2.58 | 2.71 |
| 10/21/96 | 2.58 | 2.71 |

# NationsBanc Securities, Inc.

NationsBank Plaza

Suite 2550

Charlotte, NC  28255

INVESTMENT OFFICER
RAY E LAMBERT
1-800-344-1390
901 MAIN STREET 22ND FLOOR
DALLAS TEXAS  75201-3714

HAZEL BRATCHER AND
PEGGY BROCKETT
P O BOX 56
BYNUM TX 76631-0056

| ACCOUNT NUMBER | PAGE NUMBER |
|---|---|
| 81187738 | 1 |

| TAX ID NUMBER |
|---|
| 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 |

| PERIOD ENDING | PRIOR STATEMENT |
|---|---|
| 11/27/92 | NEW ACCOUNT |

| OFFICE | IO |
|---|---|
| 34D | 3473 |

## TRADES PENDING SETTLEMENT

| Type | Date | Transaction | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|---|
| CASH | 12/01/92 | BOUGHT | 32,679.73 | LORD ABBETT U S GOVT SECURITIES FUND #372207 | 3.06 | <100,000.00> |

* End of Statement *

Account carried by Stephens Inc. Member SIPC, New York Stock Exchange, Midwest Stock Exchange, Chicago Board Option Exchange

SEE REVERSE SIDE OF STATEMENT FOR FURTHER INFORMATION

Case 8:94-cv-00995-SDM  Document 263  Filed 11/13/00  Page 16 of 35  PageID 97

REPORT NUMBER: RO1130
SOURCE PROGRAM: SSRVR036
JOB NAME/#: D7/V1992/08442

1992 TRANSCRIPT

SUPER SHILEY
CURRENT

PAGE:
DATE: 08/14/1997
DATE: 08/15/1997
TIME: 07:38:38

FUND CODE/NAME: 12/US GOV'T SECURITIES SERIES CLASS A    SHAREOWNER MASTER RECORD
ACCOUNT NUMBER: 4000562284-3                SSN-TAX 10/TIN:    MGMT CODE/NAME:  LA/    LORD, ABBETT & CO.

SHAREOWNER REGISTRATION          DEALER NUMBER/BRANCH  875333/000        DATE ESTABLISHED  11/23/1992
HAZEL BRATCHER &                 - REP NUMBER/NAME   3473  /LAMBERT        ALPHA CODE  BRATCHAE-
PEGGY BRATCHER JT WROS           DEALER REGISTRATION  STEPHENS INC        FIDUCIARY ACCOUNT  BRATCHAE-
PO BOX 56                                            P O BOX 3507         PENALTY WITHHOLDING  NO
STAR, TX  76631-0056                                 111 CENTER STREET    CAPITAL GAIN OPTION  CASH
                                                     LITTLE ROCK AR 72201-6402  DIVIDEND OPTION  CASH
                                                                         CUMULATIVE DISCOUNT  CASH
                                                                         MATRIX LEVEL
                                                                         STATE/COUNTRY CODE  0
                                                                         FROM TAX RATE  0.62
                                                                         SOCIAL CODE  00.0
                                                                         B/C NOTICE  015
                                                                                     NO / NO

LAST MAINT DATE 12/11/1992    STOP MAIL DATE 00/00/0000

1992 CUTOFF DATES: INCOME DIV 12/31/1992   LTCG 12/31/1992   STCG 12/31/1992

SHAREOWNER TRANSACTION HISTORY

BEG SHARES  ISSUED:  .0000
BEG SHARES  UNISSUED:  .0000

BEGINNING BALANCE:  0.0000

| HIST CHG TRANS # | CONFIRM DATE | TRANSACTION DESCRIPTION | GROSS AMOUNT | BATCH | | SHARE BALANCE |
| | TRADE DATE | SHARES | PRICE | CERT ISS | DC | |
|---|---|---|---|---|---|---|
| TC - TS | | | | | | |
| 002 - 003 | 12/21/1992 | PURCH THRU DEALER | 100,000.00 | NO  1,324  7 | | 32,679.7390 |
| 1 | 11/23/1992 | 32,679.7390 | 3.0600 | | | |
| 013 - 000 | 12/31/1992 | INCOME DIV | 743.03 | NO  0  0 | | 32,679.7390 |
| 2 | 12/31/1992 | .0000 | 0.0000 | | | |

ENDING BALANCE                ISSUED:           UNISSUED:                                    TOTAL SHARES:
TAX REPORTING TOTALS          .0000             .0000                                        32,679.7390
                                                                32,679.7390

NO TAX REPORTING INFORMATION FOUND

Case 8:94-cv-00995-SDM Document 263 Filed 11/13/00 Page 17 of 35 PageID 98

# 1993 TRANSCRIPT

REPORT NUMBER: R00130
SOURCE PROGRAM: SSRVR036
JOB NAME/#: B7JT1993/05941

FUND CODE/NAME: 12/US GOV'T SECURITIES SERIES CLASS A
ACCOUNT NUMBER: 4000566284-3

SHAREOWNER REGISTRATION
HAZEL BRATCHER &
PEGGY BRACKETT JT WROS
PO BOX 56
BYNAM TX 76631-0056

SHAREOWNER MASTER RECORD
MGMT CODE/NAME: LA/
SSN-TAX ID/TIN: 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/2

DEALER NUMBER/BRANCH 3473
REP NUMBER/NAME 66500/0011000
DEALER REGISTRATION MATTHEWS/LAMBERT
4201 CONGRESS STREET
SUITE 245
CHARLOTTE NC 28209-6621

LORD,ABBETT & CO.

DATE ESTABLISHED 11/23/1992
FIDUCIARY CODE BRATCHER-E-
PENALTY WITHHOLDING NO
CAPITAL GAIN OPTION CASH
DIVIDEND OPTION CASH
CUMULATIVE DISCOUNT
MATRIX LEVEL 0
STATE/COUNTRY CODE 042
FROM TAX RATE 00.0
SOCIAL CODE 015
B/C NOTICE NO / NO

SUPER SHEET PAGE 1
CURRENT DATE: 08/14/1997
CURRENT DATE: 08/15/1997
TIME: 09:12:00

LAST MAINT DATE 08/27/1993  STOP MAIL DATE 00/00/0000
1993 CUTOFF DATES: INCOME DIV 12/31/1993  LTCG 12/31/1993  STCG 12/31/1993

BEG SHARES 32,679.7390
BEG SHARES ISSUED .0000
BEG SHARES UNISSUED 32,679.7390

## SHAREOWNER TRANSACTION HISTORY

| HIST CHG TRANS # | TC-TS | CONFIRM DATE / TRADE DATE | TRANSACTION DESCRIPTION | SHARES | PRICE | GROSS AMOUNT | BEG CERT ISS | BATCH | DC | SHARE BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 013 - 000 | 01/13/1993 / 01/08/1993 | INCOME DIV CASH | .0000 | | 191.75 / 0.0000 | NO | 0 | 0 | 32,679.7390 |
| 2 | 013 - 000 | 02/16/1993 / 02/08/1993 | INCOME DIV CASH | .0000 | | 669.91 / 0.0000 | NO | 0 | 0 | 32,679.7390 |
| 3 | 013 - 000 | 03/15/1993 / 03/08/1993 | INCOME DIV CASH | .0000 | | 669.90 / 0.0000 | NO | 0 | 0 | 32,679.7390 |
| 4 | 013 - 000 | 04/15/1993 / 04/08/1993 | INCOME DIV CASH | .0000 | | 669.90 / 0.0000 | NO | 0 | 0 | 32,679.7390 |
| 5 | 013 - 000 | 05/17/1993 / 05/10/1993 | INCOME DIV CASH | .0000 | | 570.03 / 0.0000 | NO | 0 | 0 | 32,679.7390 |
| 6 | 013 - 000 | 06/15/1993 / 06/09/1993 | INCOME DIV CASH | .0000 | | 669.90 / 0.0000 | NO | 0 | 0 | 32,679.7390 |
| 7 | 013 - 000 | 07/15/1993 / 07/05/1993 | INCOME DIV CASH | .0000 | | 669.90 / 0.0000 | NO | 0 | 0 | 32,679.7390 |
| 8 | 013 - 000 | 08/16/1993 / 08/09/1993 | INCOME DIV CASH | .0000 | | 669.91 / 0.0000 | NO | 0 | 0 | 32,679.7390 |
| 9 | 013 - 000 | 09/15/1993 / 09/08/1993 | INCOME DIV CASH | .0000 | | 669.90 / 0.0000 | NO | 0 | 0 | 32,679.7390 |
| 10 | 013 - 000 | 10/15/1993 / 10/08/1993 | INCOME DIV CASH | .0000 | | 669.90 / 0.0000 | NO | 0 | 0 | 32,679.7390 |
| 11 | 013 - 000 | 11/15/1993 / 11/08/1993 | INCOME DIV CASH | .0000 | | 669.91 / 0.0000 | NO | 0 | 0 | 32,679.7390 |
| 12 | 013 - 000 | 12/15/1993 / 12/08/1993 | INCOME DIV CASH | .0000 | | 649.90 / 0.0000 | NO | 0 | 0 | 32,679.7390 |
| 13 | 069 - 000 | 12/21/1993 / 12/17/1993 | SHORTTERM CG CASH | .0425 | | 1,388.85 / 0.0000 | NO | 0 | 0 | 32,679.7390 |
| 14 | 013 - 000 | 12/31/1993 / 12/31/1993 | INCOME DIV CASH | .0000 | | 513.59 / 0.0000 | NO | 0 | 0 | 32,679.7390 |

ENDING BALANCE: ISSUED: .0000  UNISSUED: 32,679.7390  TOTAL SHARES: 32,679.7390

```
REPORT NUMBER:     RD1130                              1994 TRANSCRIPT                                    SUPER SHEET            PAGE:         1
SOURCE PROGRAM:    SSBVRD3E                                                                              LORD, ABBETT & CO.     DATE:       08/18/1997
JOB NAME/7:        07/11994/09913                                                                                              CURRENT       DATE:       02/15/1997
                                                                                                                                              TIME:       09:15:41

FUND CODE/NAME:    12/US GOVT'T SECURITIES SERIES CLASS A   SHAREOWNER MASTER RECORD
ACCOUNT NUMBER:    490D3462864-3                SSN-TAX ID/TIN: 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/2   MGMT CODE/NAME: LV/

SHAREOWNER REGISTRATION:                                DEALER NUMBER/BRANCH    64500/0091200          DATE ESTABLISHED   11/23/1992
 HAZEL BRATCHER &                                       NUMBER/NAME  009-102 /RICHE       ALPHA ACCT      BRATCHAEL-
 PEGGY BROCKETT JT WROS                                 DEALER REGISTRATION    NATIONSSECURITIES          FIDUCIARY ACCOUNT       NO
 3105 ASH                                                                      P.O. BOX 905              PENALTY WITHHOLDING     NO
 TEMPLE TX  76502-1790                                                         501 CONGRESS AVENUE       CAPITAL GAIN OPTION     CASH
                                                                              AUSTIN TX  78701-3501     DIVIDEND OPTION         CASH
                                                                                                        CUMULATIVE DISCOUNT
                                                                                                        STATE/COUNTRY              042
                                                                                                        MATRIX LEVEL               4
                                                                                                        SOCIAL FROM TAX RATE    00.0
                                                                                                        B/C NOTICE  CODE  015     NO / NO

LAST MAINT DATE 03/01/1994   STOP MAIL DATE 00/00/0000

1994 CUTOFF DATES: INCOME DIV 12/31/1994   LTCG 12/31/1994   STCG 12/31/1994     BEG SHARES, ISSUED:              32,679.7390
                                                                                BEG SHARES UNISSUED:                    .0000
                                                                                BEGINNING BALANCE:              32,679.7390

                         SHAREOWNER TRANSACTION HISTORY

HIST CHG TRANS #    CONFIRM DATE     TRANSACTION DESCRIPTION     GROSS AMOUNT    BATCH           SHARE
TC - 1$             TRADE DATE       SHARES                      PRICE           CERT ISS   DC   BALANCE

013 - 000    1      01/17/1994       INCOME DIV      .0000        156.31         NO    0     0   32,679.7390
013 - 000    1      01/07/1994                                    0.0000
013 - 000    2      02/15/1994       INCOME DIV      .0000        669.91         NO    0     0   32,679.7390
013 - 000    2      02/07/1994                                    0.0000
013 - 000    3      03/15/1994       INCOME DIV      .0000        669.90         NO    0     0   32,679.7390
013 - 000    3      03/07/1994                                    0.0000
013 - 000    4      04/15/1994       INCOME DIV (-)  .0000        669.90         NO    0     0   32,679.7390
013 - 000    4      04/07/1994                            CASH    0.0000
013 - 000    5      05/16/1994       INCOME DIV      .0000        669.91         NO    0     0   32,679.7390
013 - 000    5      05/07/1994                            CASH    0.0000
013 - 000    6      06/15/1994       INCOME DIV      .0000        669.90         NO    1400  0   32,679.7390
013 - 000    6      06/07/1994                            CASH    0.0000
036 - 000    7      06/24/1994       TRANSFER TO              0.00              NO    0     0       .0000
036 - 000    7      06/24/1994       32,679.7390        (-)     0.00
                                     32,679.7390  490093GLB3N

ENDING BALANCE         ISSUED:           UNISSUED:           TOTAL SHARES:
                        .0000             .0000                              .0000

TAX REPORTING TOTALS
 NO TAX REPORTING INFORMATION FOUND
```

```
REPORT NUMBER:        R01130                              1994 TRANSCRIPT                                                      PAGE:        1
SOURCE PROGRAM:       S5RVR036                                                                                                 DATE:        09/16/1997
JOB NAME/#:           DT3Y1994/059913                                                                                          CURRENT DATE: 09/15/1997
                                                                                                                              TIME:        09:35:41

FUND CODE/NAME:       12/US GOV'T SECURITIES SERIES CLASS A    SHAREOWNER MASTER RECORD           LORD,ABBETT & CO.      SUPER SHEET:
ACCOUNT NUMBER:       400050113P-8         SSN-TAX ID/TIN: 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/2   MGMT CODE/NAME: LA/

SHAREOWNER REGISTRATION                        DEALER NUMBER/BRANCH     98249/346          DATE ESTABLISHED    06/24/1994
PEGGY BROCKETTE &                              REP NUMBER/NAME:  346-119 /INGRES         FIDUCIARY ALPHA CODE  BROCKPEGG-
PL & BROCKETTE JT WROS                         ALL WITTEN REYNOLDS INC.                  PENALTY WITHHOLDING   NO
3105 ASH LANE                                  ONE MONTH MAIN STREET                     CAPITAL GAIN OPTION   CASH
TEMPLE TX 76502-1750                           P. O. BOX 1600                            DIVIDEND OPTION       CASH
                                               TEMPLE TX 76503-1600                      CUMULATIVE DISCOUNT         0
                                                                                          MATRIX LEVEL         042
LAST MAINT DATE 09/23/1994   STOP MAIL DATE 00/00/0000                                    STATE/COUNTRY CODE   TX
                                                                                          FROM TAX RATE        00.0
1994 CUTOFF DATES: INCOME 12/31/1994   LTCG 12/31/1994   STCG 12/31/1994                  SOCIAL CODE          015
PEND: 730-06/24/1994                                                                      B/C NOTICE           NO / NO
```

```
                                      SHAREOWNER TRANSACTION HISTORY

HIST CHG TRANS #        CONFIRM DATE    TRANSACTION DESCRIPTION    GROSS AMOUNT    BEG SHARES ISSUED:    0.0000
TC - TS                 TRADE DATE      SHARES                     PRICE          BEG SHARES UNISSUED:  .0000

                  1     06/24/1994      TRANSFER FROM                            BATCH 159      DC
                        06/24/1994      32,679.7390                                                 SHARE BALANCE
                                        4000566284 (+)

          036 - 000     2              07/15/1994      INCOME DIV        .0000    0.00      NO   1400    0      32,679.7390
                        07/08/1994                                                0.0000                                32,679.7390

          013 - 000     3              08/15/1994      INCOME DIV        .0000    689.90    NO    0     0     32,679.7390
                        08/08/1994                                                0.0000                                32,679.7390

          013 - 000     4              09/15/1994      INCOME DIV        .0000    689.91    NO    0     0     32,679.7390
                        09/07/1994                              CASH             0.0000                                32,679.7390

          013 - 000                    10/17/1994      INCOME DIV        .0000    689.90    NO    0     0     32,679.7390
                        10/07/1994                              CASH             0.0000                                32,679.7390

          013 - 000     5              11/15/1994      INCOME DIV        .0000    689.90    NO    0     0     32,679.7390
                        11/07/1994                              CASH             0.0000                                32,679.7390

          013 - 000     6              11/15/1994      INCOME DIV        .0000    689.91    NO    0     0    -32,679.7390-
                        11/07/1994                              CASH             0.0000                                32,679.7390

          013 - 000     7              12/08/1994      INCOME DIV        .0000    669.98    NO    0     0     32,679.7390
                        12/08/1994                              CASH             0.0000                                32,679.7390

          013 - 000     8              12/31/1994      INCOME DIV        .0000    481.57    NO    0     0     32,679.7390
                        12/31/1994                              CASH             0.0000                                32,679.7390

ENDING BALANCE                         ISSUED:         UNISSUED:                                TOTAL  SHARES:        32,679.7390
TAX REPORTING TOTALS                   .0000           .0000                                                          32,679.7390

NO TAX REPORTING INFORMATION FOUND
```

NOV. 7.1997   4:32PM   LORD ABBETT   NO.499   P.3/10

# 1995 TRANSCRIPT

SHAREOWNER MASTER RECORD

SUPER SHEET
PAGE: 1
CURRENT DATE: 08/14/1997
DATE: 08/15/1997
TIME: 09:46:39

REPORT NUMBER: R01130
SOURCE PROGRAM: SSRVR036
JOB NAME/8: DT.YY1995/09953

FUND CODE/NAME: 12/US GOV'T SECURITIES SERIES CLASS A
ACCOUNT NUMBER: 4009901338-8

SHAREOWNER MGMT CODE/NAME: LA/

SHAREOWNER REGISTRATION                    SSN-TAX ID/TIN: 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/2

LAST MAINT DATE: 09/23/1994    STOP MAIL DATE: 00/00/0000
PEND: 758-06/24/1994    INCOME DIV 12/31/1995    LTCG 12/31/1995    STCG 12/31/1995

DEALER NUMBER/BRANCH: 346-119 /HOBBS
REP NUMBER/NAME: DEAN WITTER REYNOLDS, INC.
DEALER REGISTRATION  ONE NORTH MAIN STREET
P. O. BOX 1600
TEMPLE TX 76503-1600

LORD, ABBETT & CO.

DATE ESTABLISHED: 06/24/1994
FIDUCIARY ACCOUNT  ALPHA CODE
PENALTY WITHHOLDING  BROKER/REG
CAPITAL GAIN OPTION  CASH
DIVIDEND OPTION  CASH
CUMULATIVE DISCOUNT
MATRIX LEVEL  4
STATE/COUNTRY CODE  042
TAX RATE CODE  00.0
SOCIAL CODE  015
B/C NOTICE  NO / NO

BEG SHARES ISSUED: .0000
BEG SHARES UNISSUED: 32,679.7390

TOTAL SHARES: 32,679.7390

| HIST CHG TRANS # | CONFIRM DATE | TRANSACTION DESCRIPTION | | GROSS AMOUNT | REGISTERING BALANCE: 32,679.7390 | | |
|---|---|---|---|---|---|---|---|
| TC – TS | TRADE DATE | | SHARES | PRICE | SEG SHARES / CERT /SS | BATCH DC | SHARE BALANCE |
| 013 – 000  1 | 01/16/1995  01/09/1995 | INCOME DIV | .0000  CASH ( ) | 188.44  0.0000 | NO | 0 | 32,679.7390 |
| 013 – 000  2 | 02/15/1995  02/08/1995 | INCOME DIV | .0000  CASH ( ) | 669.90  0.0000 | NO | 0 | 32,679.7390 |
| 013 – 000  3 | 03/15/1995  03/10/1995 | INCOME DIV | .0000  CASH ( ) | 620.96  0.0000 | NO | 0 | 32,679.7390 |
| 013 – 000  4 | 04/17/1995  04/10/1995 | INCOME DIV | .0000  CASH ( ) | 620.93  0.0000 | NO | 0 | 32,679.7390 |
| 013 – 000  5 | 05/15/1995  05/10/1995 | INCOME DIV | .0000  CASH ( ) | 620.96  0.0000 | NO | 0 | 32,679.7390 |
| 013 – 000  6 | 06/15/1995  06/09/1995 | INCOME DIV | .0000  CASH ( ) | 620.96  0.0000 | NO | 0 | 32,679.7390 |
| 013 – 000  7 | 07/17/1995  07/10/1995 | INCOME DIV | .0000  CASH ( ) | 620.93  0.0000 | NO | 0 | 32,679.7390 |
| 013 – 000  8 | 08/09/1995  08/09/1995 | INCOME DIV | .0000  CASH ( ) | 620.96  0.0000 | NO | 0 | 32,679.7390 |
| 013 – 000  9 | 09/15/1995  09/08/1995 | INCOME DIV | .0000  CASH ( ) | 620.96  0.0000 | NO | 0 | 32,679.7390 |
| 013 – 000  10 | 10/16/1995  10/09/1995 | INCOME DIV | .0000  CASH ( ) | 620.93  0.0000 | NO | 0 | 32,679.7390 |
| 013 – 000  11 | 11/15/1995  11/08/1995 | INCOME DIV | .0000  CASH ( ) | 620.95  0.0000 | NO | 0 | 32,679.7390 |
| 013 – 000  12 | 12/15/1995  12/08/1995 | INCOME DIV | .0000  CASH ( ) | 620.25  0.0000 | NO | 0 | 32,679.7390 |
| 013 – 000  13 | 12/31/1995  12/31/1995 | INCOME DIV | .0000  CASH ( ) | 460.69  0.0000 | NO | 0 | 32,679.7390 |

ENDING BALANCE    ISSUED: .0000    UNISSUED: 32,679.7390    TOTAL SHARES: 32,679.7390

Case 8:94-cv-00995-SDM   Document 263   Filed 11/13/00   Page 21 of 35 PageID 102

# 1996 TRANSCRIPT

## SHAREOWNER MASTER RECORD

| REPORT NUMBER: | R01139 |
| SOURCE PROGRAM: | SBRYR036 |
| JOB NAME/#: | DIJYI996/18046S |

| FUND CODE/NAME: | 12/US GOV'T SECURITIES SERIES | CLASS |
| ACCOUNT NUMBER: | 4000901338-8 | SSN-TAX ID/TIN: NNN-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//2 |

SHAREOWNER REGISTRATION:
PEGGY BROCKETTE &
ALI BROCKETTE JT WROS
3105 ASH LANE
TEMPLE TX  76502-7390

DEALER NUMBER/BRANCH:  346-119/7466
DEALER PRINCIPAL/NAME:  DEAN WITTER REYNOLDS, INC.
DEALER REGISTRATION:
ONE NORTH MAIN STREET
P.O. BOX 1609
TEMPLE TX  76503-1600

SUPER SHEET NUMBER:  LORD,ABBETT & CO.

| | PAGE: | 1 |
| DATE ESTABLISHED | 06/24/1994 |  |
| FIDUCIARY | ALPHA CODE |  |
| PENALTY WITHHOLDING | BROKERAGE- | NO |
| CAPITAL GAIN OPTION | CASH |
| DIVIDEND OPTION | CASH |
| CUMULATIVE DISCOUNT |  |
| MATRIX LEVEL | 4 |
| STATE/COUNTRY CODE | 042 |
| FROM TAX RATE | 02-0 |
| SOCIAL CODE | 015 |
| B/C NOTICE | NO / NO |

CURRENT DATE: 08/15/1997
DATE: 08/15/1997
TIME: 16:24:27

| HIST CHG TRANS # | CONFIRM DATE | TRANSACTION DESCRIPTION | GROSS | BEGINNING BALANCE: | 32,679.7390 |
| TC - TS | TRADE DATE | SHARES | PRICE | AMOUNT | BATCH | DC |
| | | | | | BEG SHARES ISSUED: | |
| | | | | | BEG SHARES UNISSUED: | 32,679.-0000 |

| HIST CHG TRANS # TC - TS | CONFIRM DATE TRADE DATE | TRANSACTION DESCRIPTION SHARES | GROSS PRICE | AMOUNT | CERT ISS | DC | SHARE BALANCE |
|---|---|---|---|---|---|---|---|
| 013 - 000 | 01/15/1996 01/08/1996 | INCOME DIV | .0000 CASH ( ) | 168.24 0.0000 | NO | 0 | 32,679.7390 |
| 013 - 000 TC - 12 | 02/15/1996 02/07/1996 | INCOME DIV | .0000 CASH ( ) | 620.96 0.0000 | NO | 0 | 32,679.7390 |
| 013 - 000 TC - 3 | 03/15/1996 03/08/1996 | INCOME DIV | .0000 CASH ( ) | 620.96 0.0000 | NO | 0 | 32,679.7390 |
| 013 - 000 TC - 4 | 04/15/1996 04/08/1996 | INCOME DIV | .0000 CASH ( ) | 555.52 0.0000 | NO | 0 | 32,679.7390 |
| 013 - 000 TC - 5 | 05/15/1996 05/07/1996 | INCOME DIV | .0000 CASH ( ) | 555.57 0.0000 | NO | 0 | 32,679.7390 |
| 013 - 000 TC - 6 | 06/17/1996 06/10/1996 | INCOME DIV | .0000 CASH ( ) | 555.52 0.0000 | NO | 0 | 32,679.7390 |
| 013 - 000 TC - 7 | 07/15/1996 07/12/1996 | INCOME DIV | .0000 CASH ( ) | 555.52 0.0000 | NO | 0 | 32,679.7390 |
| 013 - 000 TC - 8 | 08/15/1996 08/12/1996 | INCOME DIV | .0000 CASH ( ) | 555.60 0.0000 | NO | 0 | 32,679.7390 |
| 013 - 000 TC - 9 | 09/16/1996 09/10/1996 | INCOME DIV | .0000 CASH ( ) | 555.60 0.0000 | NO | 0 | 32,679.7390 |
| 013 - 10 TC - 000 | 10/15/1996 10/07/1996 | INCOME DIV | .0000 CASH ( ) | 555.60 0.0000 | NO | 0 | 32,679.7390 |
| 013 - 000 TC - 11 | 11/15/1996 11/08/1996 | INCOME DIV | .0000 CASH ( ) | 555.60 0.0000 | NO | 0 | 32,679.7390 |
| 013 - 000 TC - 12 | 12/16/1996 12/09/1996 | INCOME DIV | .0000 CASH ( ) | 555.57 0.0000 | NO | 0 | 32,679.7390 |
| 013 - 000 TC - 13 | 12/31/1996 12/31/1996 | INCOME DIV | .0000 CASH ( ) | 407.44 0.0000 | NO | 0 | 32,679.7390 |

| PEND: 758-06/24/1994 | 1996 CUTOFF DATES: INCOME DIV 12/31/1996   LTCG 12/31/1996   STCG 12/31/1996 |
| LAST MAINT DATE 09/23/1994   STOP MAIL DATE 00/00/0000 |

SHAREOWNER TRANSACTION HISTORY

| ENDING BALANCE | .0000 | UNISSUED: | | | | TOTAL SHARES: | 32,679.7390 |
| | ISSUED: | | | | | | 32,679.7390 |

**EXHIBIT D  -  BROCKETTE**

# CALCULATION REPORT

MC55R
MC55R262

**MC55R**
**DEMINT V. NATIONSBANK**

| Claim # | Section | Security | Tax Free | Trade | Qty | Price | Net | Adjusted Net | Calculated Net | Holding Value / Quantity | Gain(Loss) / | cd idno |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 513371 | P | LAGVX | | 11/23/92 | 32,680.0000 | 3.0600 | 100,000.00 | 100,000.00 | 11,273.91 | | | |
| | AU | LAGVX | | 10/21/96 | 32,680.0000 | 3.0000 | 98,040.00 | 98,040.00 | 32,523.09 | 32680 | 15,249.17 P-S | 169414 |

Purchase Interest: 17.273.906250
Sale Interest: 0.000000
Total Distributions + Interest: 34,483.079784

Unadjusted Recognized Loss: 15,249.00
Principle Loss: -1,960.00

Gain(Loss): -1,960.00 P-U

SEC_T                                  **SEC_T**                    Page   1     of     1
SEC_T188                       DEMINT V. NATIONSBANK                 02-May-00   11:54 AM

| Cdt Security Cd | Security Type | Principle Loss | Unadjusted Loss | Type |
|---|---|---|---|---|
| LAGVX | XF | $ -1,960.00 | $ 15,249 17 | Mutual Fund |

********* To check for Total Recognized Loss Look at CALC_T Report to the right.********

CALCT
CALCT135

**CALCT**
DEMINT V. NATIONSBANK

Page   1     of     1
02-May-00   11:54 AM

| Cdt Clm Idno | Mutual Fund or Sum of Non Mutuals | Total Principle Loss | Total Recognized Loss | Adjusted Total Recognized Loss |
|---|---|---|---|---|
| 513371 | LAGVX | $ -1,960.00 | $15,249 17 | $ 00 |

Sum of Adjusted Total Recognized Loss:     $ 00

**EXHIBIT E - HAWES**

10/4/00

Dear Judge Merryday,

Please except this as a formal request for review relating to the Demint v. Nations Bank 94-995-CIV-T-23E, Judge Merryday.

My loss was an up front fee of $750.00 plus, that was charged when I first opened my mutual fund. This fee is a loss and has not been shown correctly as the loss to me.

I have included a letter, that should explain my loss that the class action attorney did not take into consideration. I feel the class action suit she reimburse me for $750.00 plus interest from 1993.

Respectfully,

Joan Harris
108 Long Shoals Cir. NE
Eatonton, Ga. 3102

February 4, 2000

Letter ID L96

*Copy mailed to Judge Merryday*

NS Customer Litigation
Claims Administrator
P.O. Box 9385
Garden City, N.Y. 11530-9385

Dear Claims Administrator:

Yesterday, I received your letter of Notice of Disposition of Claim. I am very upset and wish to inform you today that I do not agree with your decision to not include me and my claim in the settlement. I do request a hearing for you to re-evaluate my claim as I believe that my claim warrants a $750.00 to $800.00 plus interest settlement.

When the class action suit first came out and I received the first letter from the NS customer litigation concerning the class action suit, I called the Martin Chitwood, Esq. Attorneys in Atlanta, Ga. I told them that when I opened my mutual fund account on 6-14-93. I was not told up front that a large fee would be taken out of my money that I invested. I also informed them at that time that I had gone to the Nations Bank in Columbia, S. C., and filed a complaint with the investment company that I was very upset and angry that Nationsbank Corp. had taken the $750.00 plus amount out of my money and that no one told me that this would come off of the top of my investment. I also told Nationsbank corp. that I wanted this reported to the president of the company. One of the reason s I stepped forward and let Nationsbank Corp. know that I was mad was that I did not want this to HAPPEN TO ANYONE WITHOUT THEIR PRIOR KNOWLEDGE. After explaining what had happened to me at Nationsbank Corporation at the time I opened my investment account, the Martin Chitwood attorney informed me that this was some of the reasons that the class action suit had been filed and that I should send the class action papers back in and that I would be able to become a member of the class action suit.

I sent all of my papers back in and patiently worked with the class action group to help in this fight for justice. I certainly believe that I was one of the investors that helped win a class action settlement and should be refunded the money that I lost because Nationsbank Corp. did not tell me up front that the $750.00 would be taken out at the time of the mutual fund investment. The $750.00 that I paid on 6-14-93 was a lot of money to me, and it was money that I had worked very hard to acquire. If Nationsbank Corp. had been up front with me that the $750.00 plus money was going to be deducted for their expenses, I am sure that I would have not opened the mutual fund account with Nationsbank Corp. Also, I would like it to be known that I would have switched my mutual fund account to another fund company at the time that I received the papers about the class action suit, but I felt that if I remained with the mutual fund that I would be able to help the class action people to win.

Please except this letter as my appeal to your decision, and remember I have sent to you documentation to support my claim. Please let me know if you need anything else to reverse your decision. Also, remember that I continue to have my mutual fund with Nationsbank, but please be assured that since the class action suit has now been settled that I will move my fund money to another company. It is obviously that I have been used by the NS customer litigation team, and this makes me suspicious of your people. I shall wait for your reply, and feel confidante that the claim administrator will reverse this decision.

.Respectfully,

**EXHIBIT F - HAWES**

MC55R
MC55R276

**MC55R**
**DEMINT V. NATIONSBANK**

Page   1   of   1
02-May-00   2:40 PM

| Claim # | Section | Security Tax Free | Trade | Qty | Price | Net | Adjusted Net | Calculated Net | Holding Value / Quantity | Gain(Loss) / | cat idno |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 437835 | P | 636581306 | 06/14/93 | 30.0000 | 1.0000 | 30.00 | 30.00 | 34.44 | | 0.00 P-U | 252060 |
| 437835 | AU | NEQIX | 10/21/96 | 30.0000 | 1.0000 | 30.00 | 30.00 | 30.00 | 30 | -4.44 P-S | 0 |

Purchase Interest: 4.439999

Total Distributions + Interest: 0.000000

Sale Interest: 0.000000

Unadjusted Recognized Loss

Principle Loss: 0.00

Unadjusted Recognized Loss: -4.44

| Claim # | Section | Security | Trade | Qty | Price | Net | Adjusted Net | Calculated Net | Holding Value / Quantity | Gain(Loss) / | cat idno |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 437835 | M | NEQIX | 09/25/92 | 1,670.0000 | 11.0787 | 18,501.45 | 33.24 | 36.73 | | -3.24 P-U | 369979 |
| 437835 | S | NEQIX | 08/29/94 | 3.0000 | 10.0000 | 30.00 | 30.00 | 37.52 | 3 | -1.21 P-S | 187306 |

Purchase Interest: 5.493862

Sale Interest: 2.959999

Total Distributions + Interest: 4.562266

Principle Loss

Unadjusted Recognized Loss

Principle Loss: -3.24

Unadjusted Recognized Loss: -1.21

| Claim # | Section | Security | Trade | Qty | Price | Net | Adjusted Net | Calculated Net | Holding Value / Quantity | Gain(Loss) / | cat idno |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 437835 | M | NEQIX | 09/25/92 | 1,667.0000 | 11.0787 | 18,468.21 | 18,468.21 | 21,521.18 | 1667 | 1,370.45 P-U | 369979 |
| 437835 | T | NEQIX | 06/23/93 | 1,698.0000 | 11.9908 | 20,207.59 | 19,838.66 | 22,890.33 | | 1,329.00 P-S | 369980 |

Purchase Interest: 3,052.964844

Sale Interest: 2,857.505859

Total Distributions + Interest: 154.014463

Unadjusted Recognized Loss

Principle Loss: 1,370.45

Unadjusted Recognized Loss: 1,329.00

SEC_T                                    **SEC_T**                        Page   1     of      1
SEC_T211                        DEMINT V. NATIONSBANK              02-May-00   2 40 PM

| Cdt<br>Security Cd | Security<br>Type | Principle Loss | Unadjusted<br>Loss | Type |
|---|---|---|---|---|
| NEQIX | NF | $ 1,367 21 | $ 1,327.80 | Mutual Fund |
| X5356 | NF | $ 00 | $ 00 | Mutual Fund |
| 638581306 | MM | $ .00 | $ -4.44 | Non-Mutual Fund |

********  To check for Total Recognized Loss Look at  CALC_T Report to the right ********

| Cdt Clm Idno | Mutual Fund or Sum of Non Mutuals | Total Principle Loss | Total Recognized Loss | | Adjusted Total Recognized Loss |
|---|---|---|---|---|---|
| 437835 | NEQIX | $ 1,367.21 | $1,327 80 | | $ 00 |
| 437835 | SUM OF NON MUTUAL FUNDS | $ .00 | $-4 44 | / 2 | $ 00 |
| 437835 | X5356 | $ .00 | $ 00 | | $ 00 |
| | | | Sum of Adjusted Total Recognized Loss. | | $ 00 |

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LEILANI JASINSKI DEMINT, et al.,

           Plaintiffs,

    vs.

NATIONSBANK CORPORATION, et al.,

           Defendants.

_____ /

Consolidated
Civil Action Nos.:
94-995-CIV-T-23E
94-2094-CIV-T-23B

## AFFIDAVIT OF SERVICE BY MAIL

State of New York           )
                              ) ss.:
County of New York      )

I, Mary Griffith, being duly sworn, depose and say that:

1.     I am over the age of eighteen (18) years old, and am not a party to the action and reside in Essex County, State of New Jersey.

2.     On November 8th, 2000, I caused true and correct copies of the within Affidavit Of Stephen T. Rodd In Further Support Of Proposed Order Approving Distribution Of Settlement Funds And Other Relief, to be served upon the following counsel for defendant:

           John M. Newman, Esq.
           Jones Day Reavis & Pogue
           North Point
           901 Lakeside Avenue
           Cleveland, OH  44114

and upon the following Claimants via First Class Mail:

Peggy Brockette
3105 Ash Lane
Temple, TX  76502

Margot Elisius
1430 Palmer Lane
Palm Harbor, FL  34685

Joan Hawes
108 Long Shoals Cir., NE
Eatonton, GA  31024

_____
Mary Griffith

Sworn to before me this
8th day of November, 2000.

_____
Notary Public

CATHIAN SIMPSON
Notary Public, State of New York
No. 01SI6033425
Qualified in Kings County
Commission Expires 11/15/2001