UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LEILANI JASINSKI DEMINT, et al.,

    Plaintiffs,

v.                                             CASE NO. 8:94-cv-995-T-23

NATIONSBANK OF FLORIDA, N.A.,
et al.,

    Defendants.
_____/

## **ORDER**

    A June 3, 2014 order (Doc. 288) re-opens this case and states that, after distribution of the settlement fund, the parties must "notify the court of the successful completion." The parties have failed to notify the court of the status of this action. No later than **MAY 29, 2015**, the parties must file a status report.

    ORDERED in Tampa, Florida, on May 20, 2015.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE