UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LEILANI JASINSKI DEMINT, et al.,

    Plaintiffs,

v.                                        CASE NO. 8:94-cv-995-T-23

NATIONSBANK OF FLORIDA, N.A.,
et al.,

    Defendants.
_____/

**ORDER**

    In accord with Lead Counsel's status report (Doc. 290), the clerk is directed to close the case.

    ORDERED in Tampa, Florida, on June 1, 2015.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE